| | | | | |
|---|---|---|---|---|
| State v. Zapata | 110,126 | Denied | 09/10/2015 | Unpublished |
| State v. Zoglman | 110,678 | Denied | 07/22/2015 | Unpublished |
| Stotts v. State | 110,800 | Denied | 10/07/2015 | Unpublished |
| U.S. Bank v. Tomlinson | 111,081 | Denied | 08/20/2015 | Unpublished |
| Vacura v. Sliter | 110,383 | Denied | 06/29/2015 | Unpublished |
| Vasquez v. State | 106,505 | Denied | 07/21/2015 | Unpublished |
| Verge v. State | 110,421 | Denied | 06/29/2015 | 50 Kan App. 2d 591 |
| Walker v. State | 110,478 | Denied | 08/04/2015 | Unpublished |
| Walker v. State | 109,585 | Denied | 09/14/2015 | Unpublished |
| Walling v. Riggin | 112,052 | | | |
| | 112,053 | | | |
| | 112,054 | | | |
| | 112,055 | Denied | 09/14/2015 | Unpublished |
| Washington Mutual Bank v. Brooks | 110,423 | Denied | 07/24/2015 | Unpublished |
| Waste Connections of Kansas, Inc. v. Ritchie Corp | 110,879 | Denied | 09/24/2015 | Unpublished |
| Wiechman v. Huddleston | 110,656 | Granted | 10/07/2015 | Unpublished |
| Wing v. City of Edwardsville | 111,392 | Denied | 07/22/2015 | 51 Kan. App. 2d 58 |
| Wyler v. State | 110,281 | Denied | 07/24/2015 | Unpublished |
| Young v. Great Bend Cooperative Assn. | 110,025 | Denied | 06/29/2015 | 50 Kan. App. 2d 158 |